CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN F. FARKAS (CABN 308811)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 26-CR-00064-VC |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| TANLISIA NEAL, | |
| Defendant. | |

On February 11, 2026, Defendant Tanlisia Neal was charged by Indictment with one count of failing to surrender for service of sentence, in violation of 18 U.S.C. §§ 3146(a)(2), (b)(1)(A)(i). On March 6, 2026, Neal had an initial appearance in Magistrate Court in the Western District of Washington pursuant to Federal Rules of Criminal Procedure Rule 5(c)(2) and (c)(3), and the Magistrate Court ordered that the defendant be detained and transported to the Northern District of California.

This matter came before the Court on April 23, 2026, for initial appearance in the Northern District of California. The defendant was present and represented by Assistant Federal Public Defender Ana Botello. Assistant United States Attorney Benjamin Farkas appeared for the government. The defendant sought to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f)(2) and the government conceded that a sufficient basis existed for doing so. The defendant requested that Pre-Trial Services

DETENTION ORDER                                    1                                    v. 11/01/2018
26-CR-00064-VC

prepare a report supplemental to a report prepared in advance of the defendant's March 6, 2026 appearance in the Western District of Washington, and the matter was continued to April 24, 2026 for further argument and consideration of the supplemental report from Pre-Trial Services.  On April 23, 2026, following the initial appearance, Pre-Trial Services provided an Informational Memorandum summarizing its efforts to interview a potential surety and recommending against release.  On April 24, 2026, the defendant submitted to the Court on its request to reopen, and the government requested that the defendant be detained.

Upon consideration of the facts, proffers, and arguments presented by the parties on April 23, 2026 and April 24, 2026, the pre-bail report by Pretrial Services in the Western District of Washington, the Informational Memorandum by Pre-Trial Services in the Northern District of California, and for the reasons stated on the record, the Court finds by clear and convincing evidence that, on the current record, no condition or combination of conditions will reasonably assure the appearance of the person as required.  As confirmed by Pre-Trial Services, there is no viable surety.  Accordingly, the defendant must be detained pending trial in this matter.

As noted on the record, the Court makes the following findings as the bases for its conclusion: the nature of the instant offense, which involved failure to report for service of sentence as ordered by the District Court; the Defendant's history of violations of conditions of pre-trial release; and the absence of an appropriate surety.  This finding is made without prejudice to the defendant's right to seek review of his detention or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

court proceeding.

IT IS SO ORDERED.

DATED: April 24, 2026

_____
HONORABLE ALEX G. TSE
United States Magistrate Judge